Edward J. Maney, Esq.#012256
CHAPTER 13 TRUSTEE
P.O. Box 10434
Phoenix, Arizona 85064
(602) 277-3776
ejm@maney13trustee.com

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF ARIZONA

| | | |
|---|---|---|
| In re: MICHAEL DAVID MERON | § | Case No. 07-03771 |
| DONNA JEAN MERON | § | |
| | § | |
| Debtors | § | |

## CHAPTER 13 STANDING TRUSTEE'S AMENDED FINAL REPORT AND ACCOUNT

Edward J. Maney, chapter 13 trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C § 1302(b)(1). The trustee declares as follows:

1) The case was filed on 08/03/2007.

2) The plan was confirmed on 07/24/2008.

3) The plan was modified by order after confirmation pursuant to 11 U.S.C § 1329 on 10/09/2011, 11/30/2011.

4) The trustee filed action to remedy default by the debtor in performance under the plan on 10/05/2011, 10/06/2011.

5) The case was converted on 01/27/2012.

6) Number of months from filing or conversion to last payment: 50.

7) Number of months case was pending: 56.

8) Total value of assets abandoned by court order: NA.

9) Total value of assets exempted: $24,296.14.

10) Amount of unsecured claims discharged without full payment: $0.00.

11) All checks distributed by the trustee relating to this case have NOT cleared the bank.

UST Form 101-13-FR-S (9/1/2009)

| | |
|---|---|
| **Receipts:** | |
| Total paid by or on behalf of the debtor | $ 53,312.00 |
| Less amount refunded to debtor | $ 192.85 |
| **NET RECEIPTS** | $ 53,119.15 |

| | |
|---|---|
| **Expenses of Administration:** | |
| Attorney's Fees Paid Through the Plan | $ 3,529.00 |
| Court Costs | $ 0.00 |
| Trustee Expenses & Compensation | $ 4,310.62 |
| Other | $ 0.00 |
| **TOTAL EXPENSES OF ADMINISTRATION** | $ 7,839.62 |
| Attorney fees paid and disclosed by debtor: | $ 671.00 |

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|---|---|---|
| First Credit Union | Sec | 0.00 | 20,140.00 | 20,140.00 | 20,140.00 | 2,509.41 |
| First Credit Union | Uns | 0.00 | 9,514.85 | 9,514.85 | 2,118.47 | 0.00 |
| eCast Settlement Corporation | Sec | 0.00 | 2,000.00 | 2,000.00 | 2,000.00 | 284.49 |
| eCast Settlement Corporation | Uns | 0.00 | 2,509.66 | 2,509.66 | 558.75 | 0.00 |
| First Credit Union | Uns | 0.00 | 9,997.24 | 9,997.24 | 2,225.79 | 0.00 |
| Wells Fargo Financial | Uns | 0.00 | 5,262.00 | 5,262.00 | 1,171.55 | 0.00 |
| eCast Settlement Corporation | Uns | 0.00 | 4,651.69 | 4,651.69 | 1,035.64 | 0.00 |
| eCast Settlement Corporation | Uns | 0.00 | 1,736.75 | 1,736.75 | 386.67 | 0.00 |
| Wells Fargo Financial Arizona, Inc. | Uns | 0.00 | 489.28 | 489.28 | 97.56 | 0.00 |
| Portfolio Recovery Associates, LLC | Uns | 0.00 | 2,212.90 | 2,212.90 | 473.21 | 0.00 |
| Wells Fargo Financial Arizona, Inc. | Uns | 0.00 | 1,179.80 | 1,179.80 | 252.31 | 0.00 |
| Chase Bank USA, N.A. | Uns | 0.00 | 953.84 | 953.84 | 212.76 | 0.00 |
| Charming Shoppes Catherines | Uns | 0.00 | 493.57 | 493.57 | 98.44 | 0.00 |
| Roundup Funding, L.L.C. | Uns | 0.00 | 1,021.10 | 1,021.10 | 218.36 | 0.00 |
| World Financial Network National Bank | Uns | 0.00 | 377.20 | 0.00 | 0.00 | 0.00 |
| FDS Bank - Macys Broadway SW | Uns | 0.00 | 660.78 | 660.78 | 147.76 | 0.00 |
| LVNV Funding LLC | Uns | 0.00 | 1,739.24 | 1,739.24 | 387.21 | 0.00 |
| Mayo Clinic | Uns | 0.00 | 2,824.86 | 2,824.86 | 628.92 | 0.00 |

**UST Form 101-13-FR-S (9/1/2009)**

## Scheduled Creditors:

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---:|---:|---:|---:|---:|
| Sallie Mae, Inc. | Uns | 0.00 | 6,538.65 | 6,538.65 | 1,455.75 | 0.00 |
| Wells Fargo | Sec | 0.00 | 234,857.15 | 234,857.15 | 0.00 | 0.00 |
| LVNV Funding LLC | Uns | 0.00 | 1,042.89 | 1,042.89 | 223.03 | 0.00 |
| Portfolio Recovery Associates | Uns | 0.00 | 3,371.05 | 3,371.05 | 750.53 | 0.00 |
| JP Morgan Chase Bank, N.A. | Sec | 0.00 | 70,956.71 | 70,956.71 | 0.00 | 0.00 |
| eCast Settlement Corporation | Uns | 0.00 | 1,257.61 | 1,257.61 | 268.92 | 0.00 |
| eCast Settlement Corporation | Uns | 0.00 | 711.15 | 711.15 | 158.59 | 0.00 |
| eCast Settlement Corporation | Uns | 0.00 | 646.02 | 646.02 | 144.45 | 0.00 |
| East Bay Funding | Uns | 0.00 | 5,646.74 | 5,646.74 | 1,257.21 | 0.00 |
| East Bay Funding | Uns | 0.00 | 1,736.11 | 1,736.11 | 386.51 | 0.00 |
| eCast Settlement Corporation | Uns | 0.00 | 13,794.26 | 13,794.26 | 3,087.22 | 0.00 |
| eCast Settlement Corporation | Uns | 0.00 | 1,252.00 | 1,252.00 | 267.74 | 0.00 |
| eCast Settlement Corporation | Uns | 0.00 | 10,475.89 | 10,475.89 | 2,332.28 | 0.00 |
| Garden Lakes Homeowners Association | Uns | 251.95 | NA | NA | 0.00 | 0.00 |
| Office of the Arizona Attorney General | Uns | 0.00 | NA | NA | 0.00 | 0.00 |
| Internal Revenue Services | Uns | 0.00 | NA | NA | 0.00 | 0.00 |
| Perfect Teeth | Uns | 120.23 | NA | NA | 0.00 | 0.00 |
| Aurora Behavioral Health Care | Uns | 768.49 | NA | NA | 0.00 | 0.00 |
| GANNETT CO., INC | Uns | 16,706.60 | NA | NA | 0.00 | 0.00 |
| SATINDER PUREWAL, MD | Uns | 113.76 | NA | NA | 0.00 | 0.00 |
| James R. McDonald, Jr. | Lgl | 0.00 | 4,200.00 | 4,200.00 | 3,529.00 | 0.00 |

UST Form 101-13-FR-S (9/1/2009)

| Summary of Disbursements to Creditors: | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|
| **Secured Payments:** | | | |
| Mortgage Ongoing | $ 0.00 | $ 0.00 | $ 0.00 |
| Mortgage Arrearage | $ 0.00 | $ 0.00 | $ 0.00 |
| Debt Secured by Vehicle | $ 20,140.00 | $ 20,140.00 | $ 2,509.41 |
| All Other Secured | $ 2,000.00 | $ 2,000.00 | $ 284.49 |
| **TOTAL SECURED:** | $ 22,140.00 | $ 22,140.00 | $ 2,793.90 |
| **Priority Unsecured Payments:** | | | |
| Domestic Support Arrearage | $ 0.00 | $ 0.00 | $ 0.00 |
| Domestic Support Ongoing | $ 0.00 | $ 0.00 | $ 0.00 |
| All Other Priority | $ 0.00 | $ 0.00 | $ 0.00 |
| **TOTAL PRIORITY:** | $ 0.00 | $ 0.00 | $ 0.00 |
| **GENERAL UNSECURED PAYMENTS:** | $ 91,719.93 | $ 20,345.63 | $ 0.00 |

**Disbursements:**

| | |
|---|---|
| Expenses of Administration | $ 7,839.62 |
| Disbursements to Creditors | $ 45,279.53 |
| **TOTAL DISBURSEMENTS:** | $ 53,119.15 |

UST Form 101-13-FR-S (9/1/2009)

Case 2:07-bk-03771-SSC   Doc 118   Filed 04/05/12   Entered 04/05/12 11:40:22   Desc
Page 4 of 5

12) The trustee certifies that the foregoing summary is true and complete and all administrative matters for which the trustee is responsible have been completed. The trustee requests that the trustee be discharged and granted such other relief as may be just and proper.

Date: 04/03/2012          By:
                               Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-13-FR-S (9/1/2009)**